*B011*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26-52 |
| | ) | |
| v. | ) | (18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1); |
| | ) | 2252A(a)(5)(B) and 2252A(b)(2)) |
| | ) | |
| ROBERT WILLIAM BAUER | ) | **[UNDER SEAL]** |

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about February 23, 2024, in the Western District of Pennsylvania, the defendant, ROBERT WILLIAM BAUER, knowingly transported any child pornography, as defined in 18 U.S.C. §§ 2256(8)(A) and (C), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

**FILED**

MAR 17 2026

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COUNT TWO

The grand jury further charges:

On or about November 13, 2025, in the Western District of Pennsylvania, the defendant, ROBERT WILLIAM BAUER, knowingly possessed material that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8)(C), which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**<u>FORFEITURE ALLEGATIONS</u>**

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant ROBERT WILLIAM BAUER that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 2252, in the event of the defendant's conviction under Counts One and Two of this Indictment.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in Counts One and Two of this Indictment, in violation of Title 18, United States Code Section 2252A, the defendant, ROBERT WILLIAM BAUER, shall forfeit to the United States of America:

   a. Any visual depiction described in Title 18, United States Code, Section 2251 and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, or shipped, in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3. The property subject to this forfeiture notice includes, but is not limited to:

   a. One (1) black Motorola Moto G 5G cell phone bearing Android ID 9d6d9bca18efc743;

   b. One (1) silver Samsung Tablet, Model SM-T733, bearing factory number R52T504W5ZX;

3

c.  One (1) SanDisk 32 gigabyte SD card bearing serial number BM1819051526Z; and

d.  One (1) SanDisk 64 gigabyte SD card bearing serial number BN1713851496G.

4.  If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture or substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
United States Attorney
PA ID No. 56816

_____
KELLY M. LOCHER
Assistant United States Attorney
PA ID No. 322400

4